DATE OF ARREST: August 18, 2017

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>V.<br>Hilario LOPEZ-Baez<br>A206 911 872<br>DOB: 1978<br>Citizen of Mexico<br>Defendant | Magistrate Case No. 17-1631 MJ<br>COMPLAINT FOR VIOLATION OF<br>Count I<br>Title 8, United States Code, Section 1326(a)<br>Attempted Re-entry After removal (Felony). |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about, August 12, 2017, defendant Hilario LOPEZ-Baez, was removed to Mexico through San Ysidro, California, in pursuance of law, and thereafter, on or about August 18, 2017, the defendant attempted to enter the United States, at or near San Luis, Arizona, Port of Entry, within the District of Arizona. The Secretary of Homeland Security nor the Attorney General of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant
Wendy Luna
Enforcement Officer

AUSA Joshua Kolsrud
Sworn to Before me and subscribed in my presence,

August 21, 2017 at Yuma, Arizona
Date / City and State

James F Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer / Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

    Plaintiff,

    V.

Hilario LOPEZ-Baez
A206 911 872
DOB: 1978
Citizen of Mexico

**CRIMINAL HISTORY:**
FBI#JP3TP1CP6
**IMMIGRATION HISTORY:**
08/12/2017    Removed to Mexico through San Ysidro, CA.
10/16/2014    San Ysidro, CA POE. Allowed to withdraw his application for admission and was returned to Mexico.

### STATEMENT OF FACTUAL BASIS:

The complainant states that this complaint is based upon the statements of the apprehending officers, that LOPEZ applied for admission on or about August 18, 2017 at the San Luis, Arizona Port of Entry. Questioning revealed that LOPEZ is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

On August 18, 2017, at the San Luis, Arizona Port of Entry, Hilario LOPEZ-Baez applied for admission and attempted to enter the United States through the primary pedestrian lane by presenting a United States passport card bearing the name and showing the photo of Francisco Cuevas and claimed to be a United States citizen. The primary officer asked LOPEZ where was he going and LOPEZ claimed he was on his way to San Luis, Arizona. A primary query of the document showed a positive hit for a lost/stolen document. The primary officer noticed that LOPEZ did not resemble the photo on the document and after taking a negative customs declaration LOPEZ was referred to pedestrian secondary for further inspection.

UNITED STATES OF AMERICA

    Plaintiff,

    V.

Hilario LOPEZ-Baez
A206 911 872
DOB: 1978
Citizen of Mexico

Once in CBP secondary officers discovered that LOPEZ was not a United States citizen but a citizen of Mexico. Officers discovered through computer checks (NCIC, DACS, CIS and IDENT/ENFORCE and AIFIS) that LOPEZ had been removed from the United States through San Ysidro, California. The officers read LOPEZ his rights per form I-214, which he acknowledged, understood, and opted to answer question without the presence of a counsel. In a sworn statement LOPEZ claimed he is a citizen of Mexico with no legal documents that would allow him to enter, work or reside in the United States. LOPEZ stated his intention for entering the United States was to go to San Jose, California to seek employment and establish residency.

The officers faxed LOPEZ's fingerprints to the FBI fingerprint division and they confirmed LOPEZ's identity and criminal history.

Signature of Complainant
Wendy Luna
Enforcement Officer

Sworn to before me and subscribed in my presence,

  August 21, 2017    at    Yuma, Arizona
Date                                                         City and State

James F Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

-3-

## *Probable Cause Statement*

I, Enforcement Officer, Wendy Luna, declare under penalty of perjury, the following is true and correct:

**Defendant: LOPEZ-Baez, Hilario**
**DOB:** 1978
**A#:** 206 911 872

**CRIMINAL HISTORY:**
FBI#JP3TP1CP6.
**IMMIGRATION HISTORY:**
08/12/2017    Removed to Mexico through San Ysidro, CA.
10/16/2014    San Ysidro, CA POE. Allowed to withdraw his application for admission and was returned to Mexico.

### STATEMENT OF FACTUAL BASIS:

The complainant states that this complaint is based upon the statements of the apprehending officers, that LOPEZ applied for admission on or about August 18, 2017 at the San Luis, Arizona Port of Entry. Questioning revealed that LOPEZ is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

On August 18, 2017, at the San Luis, Arizona Port of Entry, Hilario LOPEZ-Baez applied for admission and attempted to enter the United States through the primary pedestrian lane by presenting a United States passport card bearing the name and showing the photo of Francisco Cuevas and claimed to be a United States citizen. The primary officer asked LOPEZ where was he going and LOPEZ claimed he was on his way to San Luis, Arizona. A primary query of the document showed a positive hit for a lost/stolen document. The primary officer noticed that LOPEZ did not resemble the photo on the document and after taking a negative customs declaration LOPEZ was referred to pedestrian secondary for further inspection. Once in CBP secondary officers discovered that LOPEZ was not a United States citizen but a citizen of Mexico. Officers discovered through computer checks (NCIC, DACS, CIS and IDENT/ENFORCE and AIFIS) that LOPEZ had been removed from the United States through San Ysidro, California. The officers read LOPEZ his rights per form I-214, which he acknowledged, understood, and opted to answer question without the presence of a counsel. In a sworn statement LOPEZ claimed he is a citizen of Mexico with no legal documents that would allow him to enter, work or reside in the United States. LOPEZ stated his intention for entering the United States was to go to San Jose, California to seek employment and establish residency

The officers faxed LOPEZ's fingerprints to the FBI fingerprint division and they confirmed LOPEZ's identity and criminal history.

*Executed on: Date* 08/19/2017        *Time:* 1205 hours
Signed: _____    Wendy Luna, Enforcement Officer

### *Finding of Probable Cause*

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on 08/18/2017 in violation of Title 8, United States Code, Section 1326(a).
Finding made on: Date 8/19/2017   Time 2130 hrs
Signed: _____ James F. Metcalf, U.S. Magistrate